UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 36807
   MICHAEL J BICCHINELLA
   MELINDA S BICCHINELLA                  CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
       Debtor
   SSN XXX-XX-7504    SSN XXX-XX-2930
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/05/04 and confirmed on 12/03/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 18864.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 3629.62 | .00 | 3629.62 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 160.00 | .00 | 101.45 |
| DISCOVER FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| GLENN N GROBE MD | UNSECURED | NOT FILED | .00 | .00 |
| HARVEY BOSIN DDS | UNSECURED | NOT FILED | .00 | .00 |
| ICE MOUNTAIN WATER | UNSECURED | NOT FILED | .00 | .00 |
| JOHNSON & ROUNTREE | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5088.45 | .00 | 3226.24 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 9714.21 | .00 | 6159.12 |
| NCM TRUST | UNSECURED | 4302.22 | .00 | 2727.75 |
| STOKES REYNOLDS MEMORIAL | UNSECURED | 197.35 | .00 | 125.13 |
| SUMMIT CLINICAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3629.62 | .00 | 19462.23 | .00 | 23091.85 |
| PRINCIPAL PAID | 3629.62 | .00 | 12339.69 | .00 | 15969.31 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                   3629.62          .00      12339.69            .00      15969.31
```
The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $   2700.00
and was paid $     574.00  direct and $    2126.00   through the plan.

The Trustee received $     768.69 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 02/12/08                    /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE